■ ALLAN J. BUTTON, Respondent, v KAREN A. BUTTON, Appellant. [689 NYS2d 881] —Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Falvey, J. (Appeal from Order and Judgment of Supreme Court, Yates County, Falvey, J.—Custody.) Present—Denman, P. J., Green, Pine, Lawton and Hurlbutt, JJ.